UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD ACTION FUND, INC.<br><br>  Defendants. | Case No. No. 22 Civ. 08899 (VEC)<br><br>**NOTICE OF APPEARANCE** |

**To the Clerk of Court and All Parties of Record:**

Please take Notice that Brian Farkas, an attorney admitted to practice before this Court, hereby enters his appearance on behalf of Defendants Planned Parenthood Federation of America, Inc. and Planned Parenthood Action Fund, Inc. The Clerk is respectfully requested to copy him on all filings and notices.

Dated: November 3, 2022
        New York, NY

                                ARENTFOX SCHIFF LLP

                                /s/ Brian Farkas
                                Brian Farkas (F-3418)
                                1301 Avenue of the Americas, 42nd Floor
                                New York, NY 10019
                                (212) 492-3297
                                brian.farkas@afslaw.com

                                *Counsel to Defendants Planned Parenthood Federation of America, Inc. and Planned Parenthood Action Fund, Inc.*

*To (via ECF)*: *All counsel of record.*

1