UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MOORE,<br><br>      Plaintiff,<br><br>      v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD ACTION FUND, INC.<br><br>      Defendants. | Case No. 1:22-cv-08899 (VEC)<br><br>**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that to the best of my knowledge and belief, Defendants Planned Parenthood Federation of America, Inc. and Planned Parenthood Action Fund, Inc. do not have any parent corporations and no publicly held corporations own 10% or more of its stock.

Dated:   December 20, 2022
            New York, New York

                            ARENTFOX SCHIFF LLP

                            */s/ Brian Farkas*
                            Brian Farkas, Esq.
                            1301 Avenue of the Americas, 42nd Floor
                            New York, NY 10019
                            (212) 492-3297
                            brian.farkas@afslaw.com

                            Nancy J. Puleo, Esq. (*pro hac vice* forthcoming)
                            800 Boylston Street, 32nd Floor
                            Boston, MA 02199
                            (617) 973-6124
                            nancy.puleo@afslaw.com

Alexandra M. Romero, Esq. (*pro hac vice* forthcoming)
1717 K Street NW
Washington, DC 20006
(202) 828-3469
Alexandra.romero@afslaw.com

*Attorneys for Defendants Planned Parenthood Federation of America, Inc. and Planned Parenthood Action Fund, Inc.*

CC: *All counsel of record via ECF.*