UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MOORE,<br><br>                              Plaintiff,<br><br>               -against-<br><br>PLANNED PARENTHOOD FEDERATION<br>OF AMERICA, INC, et al.,<br><br>                              Defendants. | 22-cv-8899 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties in this case submitted a joint letter, Dkt. 31, in response to the Court's Notice of Reassignment, Dkt. 28. In addressing the issues that the Court required the parties to address, which the Court appreciates, the parties designated several "lead" trial counsel. The parties are directed to follow the Court's Individual Practices. In designating lead trial counsel, "each party must identify to the Court *one* individual who shall serve as Lead Trial Counsel for that party." Individual Practices in Civil Cases, ¶ 2.A (emphasis added).

The parties are hereby ORDERED to properly designate lead trial counsel by **August 24, 2023**, at 5:00 p.m.

SO ORDERED.

Dated: August 23, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge