

May 20, 2024

*VIA ECF*
Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:   *Nicole Moore v. PPFA Inc., et al.,*
              Case No. 22-CV-08899 (AS)

Dear Judge Subramanian,

      This firm represents Plaintiff Nicole Moore in the above-referenced action. We write pursuant to Your Honor's Individual Practices in Civil Cases, 11(C)(ii)-(iii), to respectfully request leave to file a document under seal.

      On April 29, 2024, Plaintiff filed a Motion seeking to exclude the testimony of Defendants' expert witness and simultaneously filed a letter motion seeking leave to file her medical documents and information under seal. Dkt. Nos. 59-63. Your Honor granted the letter request. Dkt. No. 68. On May 13, 2024, Defendants filed their Memorandum of Law in Opposition to Plaintiff's Motion to Preclude Defendants' Expert (the "Opposition"). Dkt. No. 74. Plaintiff will file a Reply to the Opposition quoting many of the same sensitive information originally redacted from the Motion. Accordingly, Plaintiff respectfully request leave to file her Reply to the Motion to Preclude Defendants' Expert under seal and file a redacted copy on the public docket.

      We thank the Court for its attention to this letter.

                                                    Respectfully Submitted,

                                                  Travis Pierre-Louis

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 21, 2024

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com