UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MOORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. et al.,<br><br>　　　　　　　　　　Defendants. | 22-cv-8899 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　By August 28, 2024 at 5:00 PM ET, the parties should submit a joint letter to the Court designating two separate weeks in October and November that would work for all involved (including the parties themselves and any necessary witnesses) to try this case.

　　SO ORDERED.

Dated: August 22, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge