

September 18, 2024

*VIA ECF*
Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE:    *Nicole Moore v. PPFA Inc., et al.,*
                Case No. 22-CV-08899 (AS)

Dear Judge Subramanian,

    This firm represents Plaintiff in the above-captioned employment discrimination and retaliation matter. We write to respectfully clarify the Court's order regarding Defendants' motion for summary judgment. Dkt. No. 58. The reason for this request is that the Court's decision on this motion, specifically whether it was denied in part or in full, impacts the Parties' preparation for the November 18, 2024 trial. Plaintiff further respectfully inquires whether the Court has come to a decision on her motion to exclude the testimony of Defendants' expert witness (Dkt. No. 60), as this decision influences whether Plaintiff will need to move for bifurcation of the trial.

    We thank Your Honor for the Court's attention to this matter.

                                                     Sincerely,

                                                     Travis Pierre-Louis